IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MICHAEL J. HARRIS                                                                                           PLAINTIFF

v.                                          Case No. 6:24-cv-06100

JAIL ADMINISTRATOR
DUSTIN BURNETT and
APRN ELKINS                                                                                                DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed March 12, 2025, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 26). Judge Ford recommends that Plaintiff's Complaint be dismissed without prejudice for failure to comply with the Court's Local Rules and Orders, and failure to prosecute this case. (ECF No. 26, at 2).

Plaintiff has not responded to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 26) *in toto*. Accordingly, Plaintiff's Complaint (ECF No. 1) should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 7th day of April, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge